

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-21-00134-CR

**GUY DOUGLAS MELTON,**

                                                     **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                     **Appellee**

_____

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-F202000726**

_____

## MEMORANDUM OPINION

_____

Guy Douglas Melton appeals the judgment against him signed on June 14, 2021. Because the trial court's certification, which Melton and his attorney signed, indicates that the underlying case was a plea-bargain case, that Melton has no right of appeal, and that Melton has waived his right of appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these

rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

Notwithstanding that we are dismissing this appeal, Melton may file a motion for rehearing with this Court within fifteen (15) days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Melton desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty (30) days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

For the reasons stated, this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Appeal dismissed
Opinion delivered and filed February 9, 2022
Do not publish
[CR25]

